Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_Middle_ District of _Florida_
_Tampa_ Division

| | |
|---|---|
| _Dietrich Loraine Langston_<br>Plaintiff(s)<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>_Joe Battle "SEE ATTACHED"_<br>Defendant(s)<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _8:23cv431 SDM-TGW_<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: (check one)  ☑ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: _Dietrich Loraine Langston_
   Street Address: _4913 N. 38th St_
   City and County: _Tampa and Hillsborough_
   State and Zip Code: _Florida and 33610_
   Telephone Number: _813-465-9234 or 813-695-6508_
   E-mail Address: _zayer76@gmail.com and Dietrich.Langston@va.gov_

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: JOE BATTLE
- Job or Title (if known): 4th Line Supervisor / Medical Center Director
- Street Address: 13000 Bruce B. Downs Blvd.
- City and County: Tampa and Hillsborough
- State and Zip Code: Florida and 33612
- Telephone Number: 813-972-2000
- E-mail Address (if known): James A. Haley VA Hospital

Defendant No. 2
- Name: Tammie Terrell
- Job or Title (if known): Nurse Manager Home Based Primary Care (HBPC)
- Street Address: 13000 Bruce B. Downs Blvd
- City and County: Tampa and Hillsborough
- State and Zip Code: Florida and 33612
- Telephone Number: 813-972-2000
- E-mail Address (if known): James A. Haley VA Hospital

Defendant No. 3
- Name: Raina Rochon
- Job or Title (if known): Chief Nurse of Geriatrics and Extended Care
- Street Address: 13000 Bruce B. Downs Blvd.
- City and County: Tampa and Hillsborough
- State and Zip Code: Florida and 33612
- Telephone Number: 813-972-2000
- E-mail Address (if known): James A. Haley VA Hospital

Defendant No. 4
- Name: Laureen Doloresco
- Job or Title (if known): Chief Nurse Executive
- Street Address: 13000 Bruce B. Downs Blvd.
- City and County: Tampa and Hillsborough
- State and Zip Code: Florida and 33612
- Telephone Number: 813-972-2000
- E-mail Address (if known): James A. Haley VA Hospital

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code § 1519 - Destruction, Alteration or Falsification of Records in Federal Investigations and Bankruptcy. "See Attached"

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the
       State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated
       under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)*
       _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of
       the State of *(name)* _____. Or is a citizen of
       *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*"See Attached"*

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*"See Attached"*

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*"See Attached"*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*"See Attached"*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/27/2023

Signature of Plaintiff

Printed Name of Plaintiff: Dietrich Loraine Langston

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

**Defendants**

- Joe Battle
  Job: Medical Center Director/ 4th Line Supervisor
  Street Address: 13000 Bruce B. Downs Blvd.
  City and County: Tampa and Hillsborough
  State and Zip Code: Florida and 33612
  Telephone Number: 813-972-2000
  Email: James A Haley VA

- Tammie Terrell
  Job: Nurse Manager Home Base Primary Care (HBPC)/ 1st line supervisor
  Street Address: 13000 Bruce B. Downs Blvd.
  City and County: Tampa and Hillsborough
  State and Zip Code: Florida and 33612
  Telephone Number: 813-972-2000
  Email: James A Haley VA

- Raina Rochon
  Job: Chief Nurse for Geriatrics and Extended Care/ 2nd line Supervisor
  Street Address: 13000 Bruce B. Downs Blvd.
  City and County: Tampa and Hillsborough
  State and Zip Code: Florida and 33612
  Telephone Number: 813-972-2000
  Email: James A Haley VA

- Laureen Doloresco
  Job: Chief Nurse Executive /3rd line Supervisor
  Street Address: 13000 Bruce B. Downs Blvd.
  City and County: Tampa and Hillsborough
  State and Zip Code: Florida and 33612
  Telephone Number: 813-972-2000
  Email: James A Haley VA

- Elle Baker
  Job: Advanced Practice Registered Nurse Home Base Primary Care (HBPC)
  Street Address: 13000 Bruce B. Downs Blvd.
  City and County: Tampa and Hillsborough
  State and Zip Code: Florida and 33612
  Telephone Number: 813-972-2000
  Email: James A Haley VA

- Tatjana Bulat
  Job: Associate Chief of Staff Geriatrics and Extended Care
  Street Address: 13000 Bruce B. Downs Blvd.
  City and County: Tampa and Hillsborough
  State and Zip Code: Florida and 33612
  Telephone Number: 813-972-2000
  Email: James A Haley VA

- Caroline Podlas
  Job: Program Director Home Base Primary Care (HBPC)
  Street Address: 13000 Bruce B. Downs Blvd.
  City and County: Tampa and Hillsborough
  State and Zip Code: Florida and 33612
  Telephone Number: 813-972-2000
  Email: James A Haley VA

- Dr. June Leland
  Job:  Medical Director Home Base Primary Care (HBPC)
  Street Address: 13000 Bruce B. Downs Blvd.
  City and County: Tampa and Hillsborough
  State and Zip Code: Florida and 33612
  Telephone Number: 813-972-2000
  Email: James A Haley VA

- Linda Falzette-Groosse
  Job: Advanced Practice Registered Nurse Home Base Primary Care (HBPC)HBPC
  Street Address: 13000 Bruce B. Downs Blvd.
  City and County: Tampa and Hillsborough
  State and Zip Code: Florida and 33612
  Telephone Number: 813-972-2000
  Email: James A Haley VA

List specific federal statues, federal treaties, and/ or provisions of the Unites States Constitution that are at issue of the case:

-The 14th Amendment and the Evolution of Title IX

- 18 U.S. Code SS 1519- Destruction, alteration or Falsification of records in federal investigation and Bankruptcy.

- Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, (ADEA), and the Americans with Disabilities Act of 1990, (ADA) related to abuse and harassment. EEO Retaliation

- Title VII, 29 CFR Parts 1600, 1607, 1608 related to nonequality in the work place.

- The Whistleblower Protection Act (WPA) (5 U.S.C. § 2302(b)(8))

- 41 CFR § 102-34.225 Misuse of government vehicles.

- Civil Action No. 3:18-cv-01099 Racism in the workplace

- Discrimination on the basis of race, color, and national origin is prohibited by *Title VI of the Civil Rights Act of 1964*.

Amount in Controversy:

A twenty million (20,000,000) dollar cash settlement, promotion to a Nurse II (with commensurate step as determined by the Nurse Professional Standard Board), four hundred and eighty (480) hours of approved leave and letters of apology from all defendants in this case would provide an acceptable resolution in this case. All court cost paid in full to the United States District Court for the Middle District of Florida. All lawyer fees paid in full. I have suffered abuse, humiliation, extreme discrimination, mental anguish, fear, accused of being an incompetent nurse to colleagues and Veterans, slandered name, ruin career in the federal government. I could not provide the proper care to my mother due to the intense harassment and bullying I suffered.  I honestly could not believe that any human being would have to experience the treatment I have during my time of employment at the Veteran's Hospital. I am now on a blood pressure pill, and because of the admonishment, decreased the charge of the admonishment to a failure to chart in a timely manner being forced out of my job and now working on a floor where I am humiliated daily and bullied management and staff to work standing for long hours, now my legs, back, knees, ankles, hips hurt to walk and I do not know what to do. I am disabled now and I can not stand for long periods of time. I am giving up hope and I need help, please.

Statement of Claim:

I was asked to remove hospital records from a Veteran's file that passed away. In addition I was also asked to retract notes from Veteran's files when there was content that they disagreed with which was the truth. I am a RN and I work for the James A. Haley VA Hospital. I have emails that have the information in the email to retract notes from my superiors.

02/19/2019 at the James A. Haley VA Hospital Mr. Joe Battle ignored my plea to be moved from a harassing, hostile, humiliating, unsafe environment causing me to suffer more from the my superiors.

06/08/2018- 02/01/2019 at the James A. Haley VA Hospital Ms. Tammie Terrell supported Dr. Leland, Linda Falzette-Groose, Elke Baker, Caroline Podlas to ask that Veteran records be removed and falsely document information that did not in the Veteran record which I refused to do. I was bullied and harassed, and made to feel inferior to my peers, humiliated in meetings by Tammie Terrell.

06/08/2018- 03/19/2019 at the James A. Haley VA Hospital Ms. Raina Rochon humiliated, harassed me in addition to all other staff members mentioned as defendants. She gave me an admonishment and decreased it to a written warning failure to document on patients in a timely manner.

06/08/2018- present at the James A. Haley VA Hospital Ms. Laureen Doloresco ignored my plea to be moved from a harassing, hostile, humiliating, unsafe environment causing me to suffer more from the my superiors.  Ms. Laureen Doloresco only offered me one place to go for the reassignment and forcing me to be bullied, harassed, humiliated, and treated disparately to this day. Ms. Laureen Doloresco and Dr. June Leland run together they are friends.

06/08/2018- 03/19/2019 at the James A. Haley VA Hospital Ms. Tatjana Bulat humiliated, harassed me in addition to all other staff members mentioned as defendants. She gave me an admonishment and decreased it to a written warning failure to document on patients in a timely manner.

06/08/2018- 03/19/2019 at the James A. Haley VA Hospital Ms. Elke Baker created a harassing humiliating, hostile, and unsafe environment. ask that Veteran records be removed and falsely document information that did not in the Veteran record which I refused to do. I was bullied and harassed, and made to feel inferior to my peers, humiliated in meetings by Elke Baker.

06/08/2018- 03/19/2019 at the James A. Haley VA Hospital Ms. Caroline Podlas created a harassing humiliating, hostile, and unsafe environment. ask that Veteran records be removed and falsely document information that did not in the Veteran record which I refused to do. I was bullied and harassed, and made to feel inferior to my peers, humiliated in meetings by Caroline Podlas.

06/08/2018- 03/19/2019 at the James A. Haley VA Hospital Ms. Dr. June Leland created a harassing humiliating, hostile, and unsafe environment. ask that Veteran records be removed and falsely document information that did not in the Veteran record which I refused to do. I was bullied and harassed, and made to feel inferior to my peers, humiliated in meetings by Dr. June Leland.

06/08/2018- 03/19/2019 at the James A. Haley VA Hospital Ms. Linda Falzette-Groosse June Leland created a harassing humiliating, hostile, and unsafe environment. ask that Veteran records be removed and falsely document information that did not in the Veteran record which I refused to do. I was bullied and harassed, and made to feel inferior to my peers, humiliated in meetings by Linda Falzette-Groosse

Relief Statement:

      A twenty million (20,000,000) dollar cash settlement, promotion to a Nurse II (with commensurate step as determined by the Nurse Professional Standard Board), four hundred and eighty (480) hours of approved leave and letters of apology from all defendants in this case would provide an acceptable resolution in this case. I have suffered abuse, humiliation, extreme discrimination, mental anguish, fear, accused of being an incompetent nurse to colleagues and Veterans, slandered name, ruin career in the federal government. I could not provide the proper care to my mother due to the intense harassment and bullying I suffered as a result my mother passed away. I am now on a blood pressure pill due stress and not taking breaks as I deserve. The intense standing, pushing and pulling heavy objects, cleaning a room in 7 minutes between Veteran, the abuse, bulling to remain on that job because other nurses refuse to do this job. As a result I can not walk for long distances, I am incontinent of urine and at times feces. My health has declined and I am need of treatment from doctors.